UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PETER ANDREW TACHENY,            Case No. 18-CV-1465 (PJS/BRT)

    Petitioner,

v.                                                                          ORDER

SHERIFF DAN STARRY,

    Respondent.

Peter Andrew Tacheny, pro se.

This matter is before the Court on petitioner Peter Andrew Tacheny's objection to the June 7, 2018, Report and Recommendation ("R&R") of Magistrate Becky R. Thorson. Judge Thorson recommends denying Tacheny's petition for writ of habeas corpus under 28 U.S.C. § 2241 and dismissing the action. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court overrules Tacheny's objection and adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court OVERRULES Tacheny's objection [ECF No. 5] and ADOPTS the R&R [ECF No. 3]. Accordingly, IT IS HEREBY ORDERED THAT:

    1.        Tacheny's petition for a writ of habeas corpus [ECF No. 1] is DENIED.

2. This action is DISMISSED WITH PREJUDICE AND ON THE MERITS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 30, 2018           s/Patrick J. Schiltz
                                 Patrick J. Schiltz
                                 United States District Judge